# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HARRIS SR., CHRISTOPHER BERNARD | § | Case No. 12-41115 |
| HARRIS, STEPHANIE R | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter      of the United States Bankruptcy Code was filed on
     .   The undersigned trustee was appointed on                .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

Funds were disbursed in the following amounts:

Payments made under an interim disbursement

Administrative expenses

Bank service fees

Other payments to creditors

Non-estate funds paid to 3rd Parties

Exemptions paid to the debtor

Other payments to the debtor

Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was                . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $            [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $            , for total expenses of $            [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/BARRY A. CHATZ_____
                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit A

| | |
|---|---|
| Case No: | 12-41115     326   Judge: 326 (JDS) |
| Case Name: | HARRIS SR., CHRISTOPHER BERNARD |
| | HARRIS, STEPHANIE R |
| For Period Ending: 05/27/14 | |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Date Filed (f) or Converted (c): | 10/17/12 (f) |
| 341(a) Meeting Date: | 12/07/12 |
| Claims Bar Date: | 03/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4827 S Forrestville Chicago, IL 60615 - (Debtors p | 155,000.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 600.00 | 600.00 | | 0.00 | FA |
| 3. Financial Accounts | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4. Financial Accounts | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5. Household Goods | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 6. Books / Collectibles | 75.00 | 75.00 | | 0.00 | FA |
| 7. Wearing Apparel | 100.00 | 100.00 | | 0.00 | FA |
| 8. Furs and Jewelry | 500.00 | 500.00 | | 0.00 | FA |
| 9. Pension / Profit Sharing | Unknown | 0.00 | | 0.00 | FA |
| 10. Contingent Claims | 6,500.00 | 6,500.00 | | 4,502.33 | FA |
| 11. Vehicles | 682.00 | 682.00 | | 0.00 | FA |
| 12. Vehicles | 3,226.00 | 3,226.00 | | 0.00 | FA |
| 13. Vehicles | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 14. Other Miscellaneous | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $176,183.00 | $21,183.00 | | $4,502.33 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ASSET WAS WORKMEN'S COMP CLAIM; PREPARE TFR

Initial Projected Date of Final Report (TFR): 06/30/14        Current Projected Date of Final Report (TFR): 06/30/14

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 12-41115 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | HARRIS SR., CHRISTOPHER BERNARD | Bank Name: | BANK OF NEW YORK  MELLON |
| | HARRIS, STEPHANIE R | Account Number / CD #: | *******9503  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0828 | | |
| For Period Ending: | 05/27/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/11/14 | 10 | CITY OF CHICAGO | LITIGATION SETTLEMENT | 1149-000 | 4,502.33 | | 4,502.33 |
| 04/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,492.33 |

|  | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | 4,502.33 | 10.00 | 4,492.33 |
| | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | Subtotal | | 4,502.33 | 10.00 | |
| | Less:  Payments to Debtors | | | 0.00 | |
| | Net | | 4,502.33 | 10.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******9503 | 4,502.33 | 10.00 | 4,492.33 |
| | --------------------- | --------------------- | --------------------- |
| | 4,502.33 | 10.00 | 4,492.33 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        4,502.33                10.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: May 27, 2014 |

Case Number: 12-41115
Debtor Name: HARRIS SR., CHRISTOPHER BERNARD

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000011<br>001<br>3210-00 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1428<br>CHICAGO, IL 60604 | Administrative | | $0.00 | $2,962.50 | $2,962.50 |
| 000012<br>001<br>2100-00 | BARRY A. CHATZ<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $1,198.92 | $1,198.92 |
| 000002A<br>040<br>5800-00 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Priority | | $0.00 | $0.00 | $0.00 |
| 000001<br>070<br>7100-00 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $5,185.67 | $5,185.67 |
| 000003<br>070<br>7100-00 | CAPITAL ONE BANK (USA), N.A.<br>AMERICAN INFOSOURCE LP AS<br>AGENT<br>P.O. BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $20,276.07 | $20,276.07 |
| 000004<br>070<br>7100-00 | AMERICAN EXPRESS CENTURION<br>BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $8,007.89 | $8,007.89 |
| 000005<br>070<br>7100-00 | PYOD, LLC ASSIGNEE OF<br>CITIBANK NA<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | | $0.00 | $3,894.23 | $3,894.23 |
| 000006<br>070<br>7100-00 | PYOD, LLC ASSIGNEE OF<br>CITIBANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | | $0.00 | $23,322.55 | $23,322.55 |
| 000007<br>070<br>7100-00 | ECAST SETTLEMENT CORP<br>ASSIGNEE<br>OF CHASE BANK USA,NA<br>POB 29262<br>NEW YORK, NY 10087-9262 | Unsecured | | $0.00 | $14,669.21 | $14,669.21 |
| 000008<br>070<br>7100-00 | ECAST SETTLEMENT CORP<br>ASSIGNEE<br>OF CHASE BANK USA NA<br>PO BOX 29262 | Unsecured | | $0.00 | $1,035.93 | $1,035.93 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: May 27, 2014

Case Number:    12-41115
Debtor Name:    HARRIS SR., CHRISTOPHER BERNARD

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | NEW YORK, NY 10087-9262 | | | | | |
| 000009 070 7100-00 | ECAST SETTLEMENT CORP ASSIGNEE OF CHASE BANK USA NA PO BOX 29262 NEW YORK, NY 10087-9262 | Unsecured | | $0.00 | $3,794.75 | $3,794.75 |
| 000010 070 7100-00 | PORTFOLIO INVESTMENTS II LLC RECOVERY MNGMNT SYSTEMS CORP 25 S.E. 2ND AVENUE, SUITE 1120 MIAMI, FLORIDA 33131-1605 | Unsecured | | $0.00 | $445.24 | $445.24 |
| | Case Totals: | | | $0.00 | $84,792.96 | $84,792.96 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-41115
Case Name: HARRIS SR., CHRISTOPHER BERNARD
            HARRIS, STEPHANIE R
Trustee Name: BARRY A. CHATZ

Balance on hand                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ | $ | $ |
| Trustee Expenses: BARRY A. CHATZ | $ | $ | $ |
| Attorney for Trustee Fees: GREGORY K. STERN, P.C. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | DEPARTMENT OF THE TREASURY | $ | $ | $ |

Total to be paid to priority creditors        $_____

Remaining Balance        $_____

       The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

       Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

       Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ | $ | $ |
| 000003 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000004 | AMERICAN EXPRESS CENTURION BANK | $ | $ | $ |
| 000005 | PYOD, LLC ASSIGNEE OF CITIBANK NA | $ | $ | $ |
| 000006 | PYOD, LLC ASSIGNEE OF CITIBANK | $ | $ | $ |
| 000007 | ECAST SETTLEMENT CORP ASSIGNEE | $ | $ | $ |
| 000008 | ECAST SETTLEMENT CORP ASSIGNEE | $ | $ | $ |
| 000009 | ECAST SETTLEMENT CORP ASSIGNEE | $ | $ | $ |
| 000010 | PORTFOLIO INVESTMENTS II LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

    Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE