UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
 §
HARRIS SR., CHRISTOPHER BERNARD §  Case No. 12-41115
HARRIS, STEPHANIE R §
 §
_____Debtor(s)_____§

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

219 South Dearborn Street, Chicago, Illinois 60604.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at

10:30 AM on 07/02/14 in Courtroom 613,

United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/27/2014                By: /s/ Barry A. Chatz, Trustee
                                            Barry A. Chatz, Trustee

BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL 60606-0000

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 12-41115-TAB
Christopher Bernard Harris, Sr.                                                 Chapter 7
Stephanie R Harris
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet          Page 1 of 2          Date Rcvd: May 28, 2014
                              Form ID: pdf006          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2014.
db/jdb    +Christopher Bernard Harris, Sr.,   Stephanie R Harris,   4827 S. Forrestville,
            Chicago, IL 60615-1409
aty       +Rachel D. Stern,   53 West Jackson Boulevard,   Suite 1442,   Chicago, IL 60604-3536
19598268   American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
19575495  +BANK OF America, N.A.,   Attn: Bankruptcy Dept.,   450 American St,   Simi Valley, CA 93065-6285
19575505  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
           (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
            Richmond, VA 23285)
19575500  +CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
19575506  +CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,   Sioux Falls, SD 57117-6241
19889578   Capital One Bank (USA), N.A.,   American InfoSource LP as agent,   P.O. Box 71083,
            Charlotte, NC 28272-1083
19575501  +Chase-Bp,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
19575496  +Clerk, Chancery,   Doc#12CH27224,   50 W. Washington St., Room 802,   Chicago, IL 60602-1305
19575507  +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
19575508  +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
19575497  +Johnson, Blumberg, & Assoc.,   Bankruptcy Department,   230 W. Monroe St., Ste. 1125,
            Chicago, IL 60606-4723
19575498  +Mcydsnb,   Attn: Bankruptcy Dept.,   9111 Duke Blvd,   Mason, OH 45040-8999
19575502  +Sears/CBNA,   Attn: Bankruptcy Dept.,   Po Box 6282,   Sioux Falls, SD 57117-6282
19575509  +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
19575510  +Worlds Foremost BANK N,   Attn: Bankruptcy Dept.,   4800 Nw 1St St Ste 300,
            Lincoln, NE 68521-4463
20143571   eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
            New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19575512     E-mail/Text: cio.bncmail@irs.gov May 29 2014 01:25:30    Department of the Treasury,
              Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
19811812     E-mail/PDF: mrdiscen@discoverfinancial.com May 29 2014 01:27:14     Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
19575503    +E-mail/PDF: mrdiscen@discoverfinancial.com May 29 2014 01:27:14     Discover FIN SVCS LLC,
              Attn: Bankruptcy Dept.,   Po Box 15316,   Wilmington, DE 19850-5316
19575499     E-mail/PDF: gecsedi@recoverycorp.com May 29 2014 01:40:30    Gecrb/JCP,   Attn: Bankruptcy Dept.,
              Po Box 984100,   El Paso, TX 79998
19575494    +E-mail/Text: clientservices@northwestcollectors.com May 29 2014 01:25:37     Northwest Collectors,
              Attn: Bankruptcy Dept.,   3601 Algonquin Rd Ste 23,   Rolling Meadows, IL 60008-3143
20117858    +E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2014 01:27:00
              PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
              Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
20171278     E-mail/PDF: rmscedi@recoverycorp.com May 29 2014 01:42:22    Portfolio Investments II LLC,
              c/o Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, Florida  33131-1605
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20039616*    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19575504*   +CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
19575511*   +CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
20143572*    eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
              New York, NY 10087-9262
20168153*    eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
              New York, NY 10087-9262
                                                                                 TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2014                             Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: adragonet              Page 2 of 2                   Date Rcvd: May 28, 2014
                               Form ID: pdf006              Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2014 at the address(es) listed below:

```
          Barry A Chatz    bachatz@arnstein.com,
           bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
          Christina M Riepel    on behalf of Trustee Barry A Chatz gstern2@flash.net
          Gregory K Stern    on behalf of Trustee Barry A Chatz gstern1@flash.net,
           steve_horvath@ilnb.uscourts.gov
          Jonathan D Parker    on behalf of Joint Debtor Stephanie R Harris ndil@geracilaw.com
          Jonathan D Parker    on behalf of Debtor Christopher Bernard Harris, Sr. ndil@geracilaw.com
          Kenneth W Bach    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for
           Fannie Mae, as owner and holder of account/contract originated by National Banking Association
           kennethb@johnsonblumberg.com,   bkecfnotices@johnsonblumberg.com
          Monica C O'Brien    on behalf of Trustee Barry A Chatz gstern1@flash.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 8
```