UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                          §
                                                §
HARRIS SR., CHRISTOPHER BERNARD  §        Case No. 12-41115
HARRIS, STEPHANIE R                             §
                                                §
         Debtor(s)                              §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:


Total Expenses of Administration:


3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:    CHAPTER 7 ADMIN. FEES    AND CHARGES    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER    ADMIN. FEES AND    CHARGES (from **Exhibit 5**) |  |  |  |  |
|    PRIORITY UNSECURED    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/BARRY A. CHATZ_____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BANK OF America, N.A. Attn: Bankruptcy Dept. 450 American St Simi Valley CA 93065 |  |  |  |  |  |
|  | Clerk, Chancery Doc#12CH27224 50 W. Washington St., Room 802 Chicago IL 60602 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Johnson, Blumberg, & Assoc. Bankruptcy Department 230 W. Monroe St., Ste. 1125 Chicago IL 60606 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 1 IRS Priority Debt Attn: Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 |  |  |  |  |  |
| 000002A | DEPARTMENT OF THE TREASURY |  |  |  |  |  |
| TOTAL PRIORITY UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 1 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 |  |  |  |  |  |
|  | 10 Gecrb/JCP Attn: Bankruptcy Dept. Po Box 984100 El Paso TX 79998 |  |  |  |  |  |
|  | 11 Mcydsnb Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 12 Northwest Collectors Attn: Bankruptcy Dept. 3601 Algonquin Rd Ste 23 Rolling Meadows IL 60008 | | | | | |
| | 13 Sears/CBNA Attn: Bankruptcy Dept. Po Box 6282 Sioux Falls SD 57117 | | | | | |
| | 14 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 15 Worlds Foremost BANK N Attn: Bankruptcy Dept. 4800 Nw 1St St Ste 300 Lincoln NE 68521 | | | | | |
| | 2 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 3 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 4 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5 Chase-Bp Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 6 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | | | | |
| | 7 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 15316 Wilmington DE 19850 | | | | | |
| | 8 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 9 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| 000004 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000007 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |

Case 12-41115    Doc 38    Filed 10/23/14    Entered 10/23/14 15:35:26    Desc Main
Document      Page 8 of 12

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000005 | PYOD, LLC ASSIGNEE OF CITIBANK | | | | | |
| 000006 | PYOD, LLC ASSIGNEE OF CITIBANK NA | | | | | |
| 000008 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000010 | PORTFOLIO INVESTMENTS II LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-41115 | 326 | Judge: 326 (JDS) | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | HARRIS SR., CHRISTOPHER BERNARD | | | Date Filed (f) or Converted (c): | 10/17/12 (f) |
| | HARRIS, STEPHANIE R | | | 341(a) Meeting Date: | 12/07/12 |
| For Period Ending: | 09/19/14 | | | Claims Bar Date: | 03/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4827 S Forrestville Chicago, IL 60615 - (Debtors p | 155,000.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 600.00 | 600.00 | | 0.00 | FA |
| 3. Financial Accounts | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4. Financial Accounts | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5. Household Goods | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 6. Books / Collectibles | 75.00 | 75.00 | | 0.00 | FA |
| 7. Wearing Apparel | 100.00 | 100.00 | | 0.00 | FA |
| 8. Furs and Jewelry | 500.00 | 500.00 | | 0.00 | FA |
| 9. Pension / Profit Sharing | Unknown | 0.00 | | 0.00 | FA |
| 10. Contingent Claims | 6,500.00 | 6,500.00 | | 4,502.33 | FA |
| 11. Vehicles | 682.00 | 682.00 | | 0.00 | FA |
| 12. Vehicles | 3,226.00 | 3,226.00 | | 0.00 | FA |
| 13. Vehicles | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 14. Other Miscellaneous | 0.00 | 0.00 | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $176,183.00 | $21,183.00 | $4,502.33 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ASSET WAS WORKMEN'S COMP CLAIM; PREPARE TFR

Initial Projected Date of Final Report (TFR): 06/30/14      Current Projected Date of Final Report (TFR): 06/30/14

LFORM1

Ver: 18.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-41115 | |
| Case Name: | HARRIS SR., CHRISTOPHER BERNARD | |
| | HARRIS, STEPHANIE R | |
| Taxpayer ID No: | *******0828 | |
| For Period Ending: | 09/19/14 | |

| | | |
|---|---|---|
| Trustee Name: | BARRY A. CHATZ | |
| Bank Name: | BANK OF NEW YORK MELLON | |
| Account Number / CD #: | *******9503 Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/11/14 | 10 | CITY OF CHICAGO | LITIGATION SETTLEMENT | 1149-000 | 4,502.33 | | 4,502.33 |
| 04/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,492.33 |
| 07/02/14 | 300001 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1428<br>CHICAGO, IL 60604 | Claim 000011, Payment 100.00% | 3210-000 | | 2,962.50 | 1,529.83 |
| 07/02/14 | 300002 | BARRY A. CHATZ<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Claim 000012, Payment 100.00% | | | 1,198.92 | 330.91 |
| | | | Fees         1,125.58 | 2100-000 | | | |
| | | | Expenses       73.34 | 2200-000 | | | |
| 07/02/14 | 300003 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Claim 000001, Payment 0.41% | 7100-000 | | 21.28 | 309.63 |
| 07/02/14 | 300004 | CAPITAL ONE BANK (USA), N.A.<br>AMERICAN INFOSOURCE LP AS AGENT<br>P.O. BOX 71083<br>CHARLOTTE, NC 28272-1083 | Claim 000003, Payment 0.41%<br>(3-1) MODIFIED ON 1/8/13 TO CORRECT CREDITOR'S NAME. (ALD) | 7100-000 | | 83.21 | 226.42 |
| 07/02/14 | 300005 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000004, Payment 0.41%<br>(4-1) CREDIT CARD DEBT | 7100-000 | | 32.86 | 193.56 |
| 07/02/14 | 300006 | PYOD, LLC ASSIGNEE OF CITIBANK NA<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Claim 000005, Payment 0.41% | 7100-000 | | 15.99 | 177.57 |
| 07/02/14 | 300007 | PYOD, LLC ASSIGNEE OF CITIBANK | Claim 000006, Payment 0.41% | 7100-000 | | 95.72 | 81.85 |
| | | | Page Subtotals | | 4,502.33 | 4,420.48 | |

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-41115 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | HARRIS SR., CHRISTOPHER BERNARD | | Bank Name: | BANK OF NEW YORK MELLON |
| | HARRIS, STEPHANIE R | | Account Number / CD #: | *******9503 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0828 | | | |
| For Period Ending: | 09/19/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/02/14 | 300008 | RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602<br>ECAST SETTLEMENT CORP ASSIGNEE<br>OF CHASE BANK USA,NA<br>POB 29262<br>NEW YORK, NY 10087-9262 | Claim 000007, Payment 0.41%<br>(7-1) CREDIT CARD DEBT | 7100-000 | | 60.20 | 21.65 |
| 07/02/14 | 300009 | ECAST SETTLEMENT CORP ASSIGNEE<br>OF CHASE BANK USA NA<br>PO BOX 29262<br>NEW YORK, NY 10087-9262 | Claim 000009, Payment 0.41%<br>(9-1) CREDIT CARD DEBT | 7100-000 | | 15.57 | 6.08 |
| 07/02/14 | 300010 | United States Bankruptcy Court | REMITTED TO COURT<br>8　　　000008　　　4.25<br>10　　　000010　　　1.83 | 7100-001 | | 6.08 | 0.00 |

```
                                    COLUMN TOTALS                         4,502.33      4,502.33            0.00
                                    Less:  Bank Transfers/CD's                0.00          0.00
                                    Subtotal                              4,502.33      4,502.33
                                    Less:  Payments to Debtors                            0.00
                                    Net                                   4,502.33      4,502.33
                                                                                          NET        ACCOUNT
                TOTAL - ALL ACCOUNTS                        NET DEPOSITS   DISBURSEMENTS  BALANCE
    Checking Account (Non-Interest Earn - ********9503)     4,502.33       4,502.33       0.00
                                                           ------------    ------------   ------------
                                                            4,502.33       4,502.33       0.00
                                                           ============    ============   ============
                                                           (Excludes Account  (Excludes Payments  Total Funds
                                                            Transfers)        To Debtors)         On Hand


                                      Page Subtotals             0.00         81.85
```

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-41115 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | HARRIS SR., CHRISTOPHER BERNARD | | Bank Name: | BANK OF NEW YORK MELLON |
| | HARRIS, STEPHANIE R | | Account Number / CD #: | *******9503  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0828 | | | |
| For Period Ending: | 09/19/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*